USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Theda Jackson-Mau,

                    Plaintiff,

          –v–

Walgreen Co.,

                    Defendant.

---

21-mc-00003 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On January 4, 2021, Movant The Nature's Bounty Co. initiated this miscellaneous case by filing a motion to quash the subpoena issued to it by Plaintiff Theda Jackson-Mau in a case currently pending before Judge Frederic Block in the Eastern District of New York. *See* Dkt. No. 1; *see also Jackson-Mau, et al. v. Walgreen Co.*, Case No. 1:18-cv-04868 (FB) (VMS) (E.D.N.Y.). The Movant also filed a Rule 45(f) motion to transfer to the Eastern District of New York its motion to quash the subpoena, *see* Dkt. No. 5. The case was assigned to the Undersigned on January 5, 2021.

By January 8, 2021, the parties are hereby ORDERED to meet and confer and propose a briefing schedule on the Movant's motion to quash, Dkt. No. 1, and motion to transfer, Dkt. No. 5. Counsel for the Plaintiff and the Defendant shall also indicate to the Court whether they oppose the Movant's motion to transfer this case to the Eastern District of New York.

The Movant is further ORDERED to serve this Order, along with the accompanying documents, on the Plaintiff and the Defendant and to file proof of service on the public docket. Pursuant to this Court's Individual Rules, counsel for the Plaintiff and the Defendant are further ORDERED to promptly enter a notice of appearance in this matter.

SO ORDERED.

Dated: January 5, 2021
       New York, New York

_____   _____

ALISON J. NATHAN
United States District Judge